| AO 10<br>Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2014** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>WHIPPLE, HAROLD D. | 2. Court or Organization<br><br>Western District of Missouri | 3. Date of Report<br><br>04/16/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE (Senior Status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>8462 Chas. Evans Whittaker Crt<br>400 East 9th Street<br>Kansas City, MO 64106 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 04/16/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Missouri Judges Retirement System - Pension | $45,658.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 04/16/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 04/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Woodlands, Dallas Co., MO | | None | L | W | | | | | |
| 2. Woodlands, Dallas Co., MO | | None | K | W | | | | | |
| 3. Office Bldg., Lebanon, MO | | None | K | W | | | | | |
| 4. 1/2 Owner woodlands, Laclede Co., MO | | None | J | W | | | | | |
| 5. 1/3 Owner woodlands, Lebanon, MO | | None | K | W | | | | | |
| 6. Ally Demand Notes | A | Interest | L | T | | | | | |
| 7. Bank of America Accounts | A | Interest | N | T | | | | | |
| 8. Mid-Missouri Bank Account | A | Interest | M | T | | | | | |
| 9. Federated Total Return Bond Fund | B | Dividend | K | T | | | | | |
| 10. Vanguard Developed Markets Index | A | Dividend | K | T | | | | | |
| 11. Vanguard Institutional Index | A | Dividend | L | T | | | | | |
| 12. Dimensional Fund Advisors Investment Dimensions Group | D | Dividend | N | T | Buy (add'l) | 02/04/14 | J | | |
| 13. IRA #1 | D | Dividend | N | T | | | | | |
| 14. -- AIM Invesco European Growth Fund CL A | | | | | | | | | |
| 15. -- AIM Invesco American Franchise CL A | | | | | | | | | |
| 16. --AIM Invesco Moderate Allocation CL A | | | | | | | | | |
| 17. Pim. Comm. | A | Dividend | | | Sold | 02/28/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 04/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Inflation Protected | B | Dividend | L | T | | | | | |
| 19. Vanguard Index Funds Grw Idx Signal | B | Dividend | L | T | | | | | |
| 20. Central Bank Accounts | A | Interest | L | T | | | | | |
| 21. Academy Bank | A | Interest | M | T | | | | | |
| 22. Federated High-Yield Bond | B | Dividend | K | T | Buy (add'l) | 06/06/14 | J | | |
| 23. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 24. | | | | | Buy (add'l) | 12/29/14 | J | | |
| 25. Federated Ultra-Short Bond | A | Dividend | J | T | Buy (add'l) | 09/03/14 | J | | |
| 26. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 27. Vanguard Short-Term Inv. Grade | B | Dividend | L | T | Buy (add'l) | 09/03/14 | J | | |
| 28. Vanguard Int-Term Inv. Grade | A | Dividend | K | T | | | | | |
| 29. AQR Diversified | A | Dividend | K | T | Buy (add'l) | 03/17/14 | J | | |
| 30. | | | | | Sold (part) | 12/24/14 | J | | |
| 31. Aberdeen Emerging Mkts | A | Dividend | J | T | Buy (add'l) | 09/03/14 | J | | |
| 32. Cohen & Steers Realty(x) | A | Dividend | J | T | Buy | 10/21/14 | J | | |
| 33. Eaton Vance Floating | B | Dividend | K | T | Buy (add'l) | 01/27/14 | J | | |
| 34. | | | | | Buy (add'l) | 06/06/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 04/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/29/14 | J | | |
| 36. | | | | | Sold | 11/14/14 | K | | |
| 37. Federated Strategic | B | Dividend | K | T | Sold (part) | 02/14/14 | J | | |
| 38. Fidelity Contrafund Inc. | C | Dividend | K | T | Sold (part) | 02/04/14 | J | | |
| 39. Voya Global Real Estate FD CL I (formerly ING Global Real Estate) | A | Dividend | K | T | | | | | |
| 40. Loomis Sayles Global Bond | A | Dividend | K | T | Buy (add'l) | 06/06/14 | J | | |
| 41. MFS Int'l New Discovery | A | Dividend | J | T | Buy (add'l) | 02/28/14 | J | | |
| 42. | | | | | Buy (add'l) | 11/07/14 | J | | |
| 43. Matthews Pacific Tiger Fund | A | Dividend | J | T | Buy (add'l) | 02/28/14 | J | | |
| 44. Meridian Growth Fund Inc. | | None | | | Sold (part) | 01/06/14 | J | | |
| 45. | | | | | Sold | 11/07/14 | J | | |
| 46. Southernsun Small Cap Intsl | A | Dividend | J | T | Buy (add'l) | 02/28/14 | J | | |
| 47. Oakmark International | A | Dividend | J | T | Buy (add'l) | 02/28/14 | J | | |
| 48. PIMCO All Asset | B | Dividend | K | T | Buy (add'l) | 03/17/14 | J | | |
| 49. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 50. PIMCO Low Duration | A | Dividend | K | T | Buy (add'l) | 10/06/14 | J | | |
| 51. PIMCO Real Return | A | Dividend | J | T | Sold (part) | 01/27/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PIMCO Total Return | A | Dividend | J | T | Buy (add'l) | 06/06/14 | J | | |
| 53. | | | | | Sold (part) | 11/07/14 | K | | |
| 54. Robeco Boston Partners | A | Dividend | K | T | Buy (add'l) | 09/03/14 | J | | |
| 55. Tortoise Energy Infrastructure | B | Dividend | K | T | Buy (add'l) | 09/05/14 | J | | |
| 56. Vanguard Equity Income | B | Dividend | K | T | | | | | |
| 57. Vanguard Total Stock | A | Dividend | L | T | Buy (add'l) | 02/28/14 | J | | |
| 58. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 59. Virtus Emerging Mkts | A | Dividend | J | T | Buy (add'l) | 09/03/14 | J | | |
| 60. Wasatch Small Cap Growth Fund | A | Dividend | J | T | Buy (add'l) | 09/03/14 | J | | |
| 61. AQR Managed Futures Strategy Alternative FD CL I | B | Dividend | K | T | Buy (add'l) | 03/17/14 | J | | |
| 62. | | | | | Sold (part) | 11/07/14 | J | | |
| 63. AQR Multi Strategy Alternative FD I | B | Dividend | J | T | Buy (add'l) | 03/17/14 | J | | |
| 64. Aston Fairpointe Midcap FD CL I | C | Dividend | K | T | Buy (add'l) | 02/28/14 | J | | |
| 65. | | | | | Buy (add'l) | 11/07/14 | K | | |
| 66. Driehaus Select Credit FD | B | Dividend | K | T | Buy (add'l) | 03/17/14 | J | | |
| 67. | | | | | Sold (part) | 12/24/14 | K | | |
| 68. Eaton Vance Parametric Commodity | | None | J | T | Sold (part) | 02/28/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 04/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Goldman Sachs Mid Cap Value FD | A | Dividend | J | T | | | | | |
| 70. Goldman Sachs Strategic Income FD CL I | B | Dividend | K | T | Buy (add'l) | 06/06/14 | J | | |
| 71. | | | | | Sold (part) | 11/07/14 | K | | |
| 72. | | | | | Buy (add'l) | 12/29/14 | J | | |
| 73. MFS Emerging Markets Debt CL I | A | Dividend | J | T | Buy (add'l) | 12/29/14 | J | | |
| 74. Templeton Global Bond Fund | C | Dividend | K | T | Buy (add'l) | 06/06/14 | J | | |
| 75. | | | | | Buy (add'l) | 12/29/14 | J | | |
| 76. Tortoise/Nuance MLP & Pipeline | B | Dividend | L | T | Buy (add'l) | 12/29/14 | K | | |
| 77. Whitebox Tactical Opportunities FD | A | Dividend | K | T | Buy (add'l) | 03/17/14 | J | | |
| 78. | | | | | Sold (part) | 11/07/14 | J | | |
| 79. AllianceBernstein Select US Long Short Port Adv CL | A | Dividend | J | T | Buy | 09/03/14 | J | | |
| 80. | | | | | Buy (add'l) | 10/21/14 | J | | |
| 81. | | | | | Buy (add'l) | 11/07/14 | J | | |
| 82. AMG Southern Small Cap FD CL I | A | Dividend | J | T | Buy | 09/03/14 | J | | |
| 83. | | | | | Buy (add'l) | 10/21/14 | J | | |
| 84. Dodge & Cox Intl Stock FD | A | Dividend | J | T | Buy | 11/21/14 | J | | |
| 85. Fidelity Adv New Insights FD INST CL | A | Dividend | J | T | Buy | 02/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 04/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Fidelity Blue Chip Growth Fund | | None | J | T | Buy | 12/29/14 | J | | |
| 87.  IShares Russell Mid-Cap Growth ETF | A | Dividend | J | T | Buy | 11/12/14 | J | | |
| 88.  Vanguard Reit Index FD ADM | A | Dividend | J | T | Buy | 11/21/14 | J | | |
| 89.  Vanguard Reit Index FD Signal Shrs | A | Dividend | J | T | Buy | 09/03/14 | J | | |
| 90.  Bank of Liberty | A | Interest | L | T | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 04/16/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Number 64 of 2013 Report (which is #39 of 2014 Report) formerly known as ING Global Real Estate is now known as Voya Global Real Estate  FD CL I.

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 04/16/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ HAROLD D. WHIPPLE

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544